453 A.2d 337

**COMMONWEALTH of Pennsylvania,**

v.

**Ricky MARLOWE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 22, 1982.

Decided Dec. 29, 1982.

Allen M. Tabas, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Steven J. Cooperstein, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

The judgments of sentence are affirmed.